_____

No. 95-3019
_____

Marsha L. Allee,                    *
                                    *
            Appellant,              *   Appeal from the United States
                                    *   District Court for the
      v.                            *   Western District of Missouri.
                                    *
AG Processing, Inc.,                *          [UNPUBLISHED]
                                    *
            Appellee.               *


_____

           Submitted:  February 22, 1996

              Filed:  April 29, 1996
_____

Before FAGG, BOWMAN, and LOKEN, Circuit Judges.

_____

PER CURIAM.


     Plaintiff Marsha Allee sued her former employer, AG Processing, Inc.,
alleging that she was discriminated against and eventually discharged for
engaging in activity protected by federal law.  The District Court[1] granted
AG Processing's motion for summary judgment, and Allee appeals.

     Having considered the briefs and arguments of the parties and the
record on appeal, we conclude that the District Court did not err in
granting summary judgment in favor of AG Processing.  Because no error of
law appears and an extended opinion by this Court would lack precedential
value, we affirm the judgment of the District Court without further
discussion.

_____

     [1]The Honorable Howard F. Sachs, United States District Judge
for the Western District of Missouri.

AG Processing is awarded its costs.  Its motion pursuant to Rule 38 of the Federal Rules of Appellate Procedure for damages, including attorney fees and double costs, is denied.

AFFIRMED.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.